374 A.2d 696

Beaver Valley Motor Coach Co. v. Bolland (et al., Appellant.)

Argued April 11, 1977. Raymond H. Conaway, with him Meyer, Darragh, Buckler, Bebenek & Eck, for appellant; Oran W. Panner and Bernard J. McAuley, for appellee.

590

Order affirmed.

VAN der VOORT, J., absent.